RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Monique_Kirtley@fd.org

Attorney for Andre Byron Rogers

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-CR-00322-JCM-1 |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (First Request) |
| ANDRE BYRON ROGERS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, counsel for Andre Byron Rogers, that the Revocation Hearing currently scheduled on May 5, 2021 at 10:30 am, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1.     Mr. Rogers is currently pending a state case matter, which is related to the allegation in paragraph one of the revocation of supervised release petition.

2.     US Probation has been consulted and agrees with the continuance.

3.      The defendant is not in custody and agrees with the need for the continuance.

4.      The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 29th day of April, 2021.


RENE L. VALLADARES                          CHRISTOPHER  CHIOU
Federal Public Defender                     Acting United States Attorney


        */s/ Monique Kirtley*                       */s/ Supriya Prasad*
By_____     By_____
MONIQUE KIRTLEY                             SUPRIYA PRASAD
Assistant Federal Public Defender           Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-CR-00322-JCM-1 |
| Plaintiff, | **ORDER** |
| v. | |
| ANDRE BYRON ROGERS, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, May 5, 2021 at 10:30 a.m., be vacated and continued to June 23, 2021 at the hour of 10:30 a.m.

DATED April 30, 2021.

_____
UNITED STATES DISTRICT JUDGE