RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Monique_Kirtley@fd.org

Attorney for Andre Byron Rogers

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANDRE BYRON ROGERS, <br><br> Defendant. | Case No. 2:09-CR-00322-JCM-1 <br><br> **STIPULATION TO VACATE HEARING AND DISMISS PETITION (ECF NO. 33)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, counsel for Andre Byron Rogers, that the Revocation Hearing currently scheduled on June 23, 2021 at 10:30 am, be vacated and that the revocation of supervised release petition be dismissed.

This Stipulation is entered into for the following reasons:

1. The parties previously stipulated to continue Mr. Rogers revocation hearing because he was pending a state case matter, which is related to the allegation in paragraph one of the revocation of supervised release petition. ECF No. 47.

2. The state case matter has been denied by the district attorney's office.

3. Due to the denial of the state case matter the parties respectfully requests that this Court vacate the pending revocation hearing and dismiss the revocation petition.

4. United States Probation has been consulted and agrees with vacating pending hearing and dismissal of the petition.

DATED this 17th day of June, 2021.

RENE L. VALLADARES  
Federal Public Defender

By */s/ Monique Kirtley*  
MONIQUE KIRTLEY  
Assistant Federal Public Defender

CHRISTOPHER CHIOU  
Acting United States Attorney

By */s/ Supriya Prasad*  
SUPRIYA PRASAD  
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ANDRE BYRON ROGERS,<br><br>        Defendant. | Case No. 2:09-CR-00322-JCM-1<br><br>**ORDER GRANTING STIPULATION, VACATING REVOCATION HEARING, AND DISMISSAL OF THE PETITION** |

    Based on the stipulation of counsel, the Court finds that good cause exists to vacate the revocation hearing and dismiss the petition.

    IT IS THEREFORE ORDERED that the revocation hearing scheduled for June 23, 2021, at 10:30 a.m. is VACATED.

    IT IS FURTHER ORDERED that the petition to revoke supervised release (ECF No. 33) is DISMISSED.

DATED June 18, 2021.

_____
UNITED STATES DISTRICT JUDGE
JAMES C. MAHAN